IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AHJAHLONN OWENS<br>    *Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 4:25-cv-4214<br>JURY DEMANDED |
| 29SC GP GREENHOUSE, LLC, 29TH<br>STREET PROPERTY MANAGEMENT,<br>LLC, 29TH STREET CAPITAL, LLC,<br>AND SCHINDLER ELEVATOR<br>CORPORATION,<br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§ | |

**DEFENDANT SCHINDLER ELEVATOR CORPORATION'S
<u>NOTICE OF REMOVAL</u>**

Defendant Schindler Elevator Corporation ("Schindler"), by and through its counsel, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby files this Notice of Removal of the above-captioned case from the 113th District Court of Harris County, Texas to the United States District Court for the Southern District of Texas, Houston Division based on diversity jurisdiction. In support, Schindler would respectfully show this Court as follows:

**I.
<u>GROUNDS FOR REMOVAL</u>**

1.      Federal Jurisdiction exists pursuant to 28 U.S.C. § 1332 over this lawsuit because it involves parties with diverse citizenship and the amount in controversy exceeds $75,000. All Defendants in this case have complete diversity of citizenship making removal proper.

**II.
<u>BACKGROUND</u>**

2.      This personal injury lawsuit arises out of an alleged elevator incident at the Greenhouse Apartments located at 2040 Greenhouse Road, Houston, Texas 77084.[1] Plaintiff

---

[1] *See* Exhibit A: Plaintiff's Original Petition.

alleges she was ascending in an elevator when it abruptly stopped, throwing her against the wall and causing injuries.[2] Plaintiff asserts premises liability, negligence and vicarious liability/respondeat superior claims against all Defendants in this matter.[3] Schindler denies Plaintiff's allegations.

## III.
### PROCEDURAL HISTORY

3. On July 29, 2025, Plaintiff filed her Original Petition in Cause No. 202552835; *Ahjahlonn Owens v. 29SC GP Greenhouse LLC, 29th Street Property Management, LLC, 29th Street Capital, LLC and Schindler Elevator Corporation*; In the 113th Judicial District Court of Harris County, Texas.[4]

4. On August 4, 2025, Defendants 29SC GP Greenhouse LLC, 29th Street Property Management, LLC, 29th Street Capital, LLC were served with citation along with a copy of Plaintiff's Original Petition.[5]

5. On August 6, 2025, Schindler was served with citation along with a copy of Plaintiff's Original Petition.[6]

6. On September 2, 2025, Schindler timely filed its Special Exceptions and Original Answer.[7]

7. On September 2, 2025, Defendants 29SC GP Greenhouse LP, 29th Street Property Management, LLC, 29th Street Capital, LLC also filed their Original Answer.[8]

---

[2] *See id.* at ¶ 11.
[3] *See id.* at ¶¶ 14 – 27.
[4] *See* Exhibit A.
[5] *See* Exhibit B: Affidavit of Service for 29SC GP Greenhouse, LLC; *see also* Exhibit C: Affidavit of Service for 29th Street Property Management, LLC; *see further* Exhibit D: Affidavit of Service for 29th Street Capital, LLC.
[6] *See* Exhibit E: Affidavit of Service for Schindler Elevator Corporation.
[7] *See* Exhibit F: Schindler Elevator Corporation's Special Exceptions and Original Answer.
[8] *See* Exhibit G: Defendants 29SC GP Greenhouse LP, 29th Street Property Management, LLC, 29th Street Capital, LLC's Original Answer. In their Original Answer, Defendants note 29SC GP Greenhouse LP was incorrectly named as 29SC GP Greenhouse, LLC in Plaintiff's Original Petition.

## IV.
### REMOVAL IS TIMELY

8. This notice of removal is timely pursuant to 28 U.S.C. § 1446 (b) because it is filed within thirty (30) days of August 6, 2025, the date Schindler was served with a citation and copy of Plaintiff's Original Petition.[9]

## V.
### DIVERSITY JURISDICTION EXISTS FOR REMOVAL

9. Under 28 U.S.C. § 1441(a), "any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." Under 28 U.S.C. § 1332(a), district courts have "original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different States."

10. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332, in that there is complete diversity of citizenship between the parties and the damages sought exceed the sum of $75,000.

**A.   Complete Diversity of Citizenship Exists Between the Parties.**

11. This suit is between citizens of different states.[10] Plaintiff Ahjahlonn Owens is a citizen of the State of Ohio.[11]

12. Pursuant to 28 U.S.C. § 1332(c)(1), "a corporation shall be deemed to be a citizen of a State by which it has been incorporated and of the State where it has its principal place of business." Defendant Schindler Elevator Corporation is a Delaware corporation with its principal

---

[9] *See* Exhibit D.
[10] *See* 28 U.S.C. § 1332(a)(1).
[11] *See* Exhibit A at ¶ 3.

place of business located in New Jersey. Therefore, Schindler is a citizen of the States of Delaware and New Jersey.

13. The citizenship of a limited-liability business organization is determined by the citizenship of its members.[12] Accordingly, the state of organization and principal place of business are irrelevant insofar as determining the citizenship of a limited liability company.[13] Moreover, for each member of an LLC that is itself an LLC or partnership, its members and their citizenship must be traced through each layer of members until arriving at a corporation or natural person.[14]

14. Upon information and belief, Defendants 29th Street Property Management, LLC and 29th Street Capital, LLC are Delaware limited liability companies. Upon information and belief, the members of Defendants 29th Street Property Management, LLC and 29th Street Capital, LLC are citizens of the State of Delaware. Therefore, Defendants 29th Street Property Management, LLC and 29th Street Capital, LLC are citizens of the State of Delaware.

15. Upon information and belief, improperly named Defendant 29SC GP Greenhouse LLC is a Delaware limited liability company and its members are citizens of the State of Delaware. Therefore, improperly named Defendant 29SC GP Greenhouse LLC is also a citizen of the State of Delaware.

16. Upon information and belief, Defendant 29SC GP Greenhouse, LP is a Delaware limited partnership with its principal place of business located in Illinois. Therefore, Defendant 29SC GP Greenhouse, LP is a citizen of the States of Delaware and Illinois.

---

[12] *Harvey v. Grey Wolf Drilling Co.,* 542 F.3d 1077, 1080 (5th Cir. 2008).
[13] *See Servicios Comerciales Lamosa S.A. de C.V. v. De la Rosa,* Civ. A. No. 3:16-CV-0054-L (N.D. Tex. March 29, 2018) (mem. op.).
[14] *Mullins v. TestAmerica, Inc.,* 564 F.3d 386, 397 (5thCir. 2009). *See also Preston Hollow Cap., LLC v. Truist Bank,* No. 3:23-cv-1332-S, 2024 U.S. Dist. LEXIS 49106 at *5, 2023 WL 1195798 (N.D. Tex. March 20, 2024).

17. Upon information and belief, no member of 29SC GP Greenhouse LLC, 29th Street Property Management, LLC or 29th Street Capital, LLC are citizens of the State of Texas. Therefore, diversity of citizenship exists between all properly joined and served parties.

**B.    The Amount in Controversy Exceeds $75,000.**

18. Plaintiff's claimed damages exceed the amount in controversy requirement for diversity jurisdiction under 28 U.S.C. § 1332(b). The amount in controversy is the estimate of damages that will be put at issue, not the amount Plaintiff will actually recover.[15] Under Texas Rule of Civil Procedure 47, a plaintiff is required to plead one of the statutorily-prescribed ranges of damages.[16] In this matter, Plaintiff is claiming damages in excess of $250,000 but not more than $1,000,000.[17] Thus, Plaintiff's claimed damages exceed the minimum amount in controversy requirement for removal of this matter.

## VI.
### PROCEDURAL REQUIREMENT FOR REMOVAL

19. This suit may be properly removed to this Court under 28 U.S.C. § 1441(a) because this suit was pending within the judicial district of the United States District Court for the Southern District of Texas, Houston Division.

20. Simultaneously with the filing of this Notice of Removal, notice will be given to all parties, and copies of this Notice of Removal will be filed with the clerk of the 113th Judicial District Court of Harris County, Texas.[18]

21. All Defendants who have been properly joined and served consent to the removal

---

[15] *S.W.S. Erectors, Inc. v. Infax, Inc.*, 72 F.3d 489, 492 (5th Cir. 1996).
[16] TEX. R. CIV. P. 47.
[17] *See* Exhibit A at ¶ 2.
[18] *See* U.S.C. § 1446(d).

of this matter to this Court.[19]

22. In compliance with Southern District of Texas Local Rule 81 and 28 U.S.C. § 1446(a), the following exhibits are attached:

Exhibit A:   Plaintiff's Original Petition;

Exhibit B:   Affidavit of Service for 29SC GP Greenhouse, LLC;

Exhibit C:   Affidavit of Service for 29th Street Property Management, LLC;

Exhibit D:   Affidavit of Services for 29th Street Capital, LLC;

Exhibit E:   Affidavit of Service for Schindler Elevator Corporation;

Exhibit F:   Schindler Elevator Corporation's Special Exceptions and Original Answer;

Exhibit G:   Schindler Elevator Corporation's Response and Objections to Plaintiff's Purported Texas Rule of civil Procedure 193.7 Notice;

Exhibit H:   Defendants 29SC GP Greenhouse LLC, 29th Street Property Management, LLC and 29th Street Capital, LLC's Original Answer;

Exhibit I:   State Court Docket Sheet;

Exhibit J:   Index of Matters Being Filed;

Exhibit K:   List of All Counsel of Record; and

Exhibit L:   Civil Cover Sheet.

23. Schindler reserves the right to amend or supplement this Notice of Removal.

## VII.
## JURY DEMAND

24. Schindler hereby requests a trial by jury.

---

[19] *See* 28 U.S.C. § 1446(b)(2)(A) (stating "all defendants who have been properly joined and served must join in or consent to the removal of the action"). On September 3, 2024, counsel for Defendants 29SC GP Greenhouse LLC, 29th Street Property Management, LLC and 29th Street Capital, LLC confirmed their consent to removal.

## CONCLUSION

25. This state court action may be removed to this Court by Schindler in accordance with the provisions of 28 U.S.C. § because (1) this action is a civil action pending within the jurisdiction of the United States District Court for the Southern District of Texas, Houston Division; (2) this action is between citizens of different states; and (3) the amount in controversy exceeds $75,000, exclusive of interests and costs.

WHEREFORE PREMISES CONSIDERED, Defendant Schindler Elevator Corporation prays for removal of the above entitled and numbered cause from the 113th Judicial District Court of Harris County, Texas to this Honorable Court.

**Dated: September 5, 2025**

Respectfully submitted,

**TRENT & TAYLOR, L.L.P.**

By: */s/ T. Christopher Trent*
    T. Christopher Trent
    Texas Bar No. 20209400
    Federal ID No. 14244
    919 Milam, Suite 1500
    Houston, Texas 77002
    Telephone: (713) 222-2323
    Facsimile:  (713) 222-2226
    Email: ctrent@trent-law.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT SCHINDLER ELEVATOR CORPORATION**

**OF COUNSEL:**

TRENT & TAYLOR, L.L.P.

Raphael "Rafe" C. Taylor
Texas Bar No. 00788514
Federal ID No. 17278
David J. Baluk
Texas Bar No. 24078186
Federal ID No. 1376449
919 Milam, Suite 1500
Houston, Texas 77002
Telephone: (713) 222-2323
Facsimile:  (713) 222-2226
Email: rtaylor@trent-law.com
Email: dbaluk@trent-law.com

**OF-COUNSEL FOR DEFENDANT
SCHINDLER ELEVATOR CORPORATION**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this **5th day of September 2025,** a true and correct copy of the foregoing document was served upon all counsel of record in accordance with the Federal Rules of Civil Procedure.

| | |
|---|---:|
| Mildred Ashley | *via e-file* |
| THE LAW OFFICES OF KELLY T. CURRAN | |
| 5720 LBJ Fwy., Suite 440 | |
| Dallas, Texas 75240 | |
| | |
| Peter Kerr | *via e-file* |
| Matthew B. Sayegh | |
| HERMES LAW, P.C. | |
| Ross Tower | |
| 500 North Akard Street, Suite 2050 | |
| Dallas, Texas 75201 | |

*/s/ T. Christopher Trent*
T. Christopher Trent